**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-13-190 |
| | § | |
| | § | |
| | § | |
| PEDRO CARRILLO | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 21).   The court finds that the interests of justice are served by  granting  this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The  motion for continuance is GRANTED. The docket control order is amended as follows:

Motions are to be filed by:              September 6, 2013
Responses are to be filed by:           September 20, 2013
Pretrial conference is reset to**:          September 23, 2013 at 8:45 a.m.**
Jury trial and selection are reset to:    **September 30, 2013 at 9:00 a.m.**

SIGNED on August 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge