# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-13-190 |
| | § |
| PEDRO CARRILLO | § |

## O R D E R

The pretrial conference set for September 26, 2013 at 3:00 p.m. will be an evidentiary hearing on the motion to suppress. No later than **September 23, 2013**, the defendant must file a statement setting out the basis for asserting the heroin seizure was unconstitutional. The motion for a more definite statement, (Docket Entry No. 25), is granted to that extent.

SIGNED on September 17, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge